UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SULLIVAN ROBINSON

VERSUS

BASF CORPORATION

CIVIL ACTION

NO. 17-399-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 13, 2017 (R. Doc. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Plaintiff's Motion to Remand (R. Doc. 6) is DENIED.

Signed in Baton Rouge, Louisiana, on November 2, 2017.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA